

September 26, 2024

**BRENNA B. MAHONEY**
**CLERK OF THE COURT**
**UNITED STATES DISTRICT COURT**

                               RE: PORRETTO, Julianna
                               SD/NY DOCKET NO.: 22-CR-00209-001
                               <u>Request for Judicial Assignment and</u>
                               <u>Acceptance of Jurisdiction</u>

Reference is made to Julianna Porretto, who was sentenced in the Southern District of New York (SD/NY) on January 12, 2024, by the Honorable Andrew L. Carter Jr., U.S. District Judge, to four months of custody followed by three years of supervised release, and a $100 special assessment fee. The following special conditions were imposed at sentencing: 1) Mental health treatment; 2) Substance abuse treatment; 3) Search; and 4) Supervision in the district of residence. This sentence followed Ms. Porretto's guilty plea to Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone, in violation of 21 U.S.C. §§ 841(b)(1)(C) and 846, a Class C Felony.

Ms. Porretto commenced her term of supervised release on July 19, 2024, under the supervision of the Probation Department in the Eastern District of New York, due to her residence within the confines of this district. Given Ms. Porretto's ties to the ED/NY, and the possibility of future Court appearances, the SD/NY signed an order to transfer jurisdiction to the ED/NY. Attached please find two copies of Probation Form 22, Transfer of Jurisdiction signed by the Honorable Andrew L. Carter Jr. As per 18 U.S.C. § 3605, our office is requesting transfer of jurisdiction and we respectfully request that the SDNY case (22-CR-209) be docketed in the EDNY and assigned to a U.S. District Court Judge.

Should you have any questions or require additional information, please contact the undersigned officer at 347-461-4609, or by email at matt_geller@nyep.uscourts.gov.

                               RESPECTFULLY SUBMITTED:

                               ROBERT L. CAPERS
                               CHIEF U.S. PROBATION OFFICER

Prepared by:                                                  Approved by:

                                                                Digitally signed by Christina M Bourque
                                                                Date: 2024.09.26 07:56:15 -04'00'

_____       _____
Matt Geller                                                         Christina Bourque
U.S. Probation Officer                               Supervisory U.S. Probation Officer